Louis White, Respondent, v. The New York Central and Hudson River Railroad. Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Cornelia Lee and Others, Appellants, v. Charles H. Childs and Others, as Commissioners, etc., Respondents.— Motion granted to amend decision entered November 16, 1910, by adding at the end thereof the words "but without prejudice to further proceedings at law on the part of the plaintiffs to enforce their claim," and the judgment entered on said decision amended by striking therefrom the words "in all respects" and adding thereto the words above stated.

In the Matter of the Petition of Frank Dobson and Others to Remove from Office Joseph M. Donnelly, Town Clerk of the Town of Greece, Monroe County, New York.— Issues raised by the petition and answer referred to Charles M. Williams, Esq., to take the proofs and report with his opinion thereon.

---

FIRST DEPARTMENT, JANUARY, 1911.

COTTONWOOD CREEK COPPER COMPANY, Appellant, v. ROBERT KUEHNERT, Respondent.

COTTONWOOD CREEK COPPER COMPANY, Appellant, v. HANS F. BARNES, Respondent.

Motion in each case to open default.

PER CURIAM: The action has been discontinued, and until the order of discontinuance is vacated there is no action pending in which a motion can be made. These motions should, therefore, be denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Miller, JJ. Motions denied, with ten dollars costs. Settle orders on notice.